UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

KHADRA M.,                                    Case No. 26-CV-0211 (PJS/SGE)

             Petitioner,

v.                                                 ORDER OF DISMISSAL

DONALD J. TRUMP, et al.,

             Respondents.

---

Based upon the Joint Stipulation for Dismissal filed by the parties on January 19, 2026 [ECF No. 8],

IT IS ORDERED that this action is dismissed without prejudice and without costs or disbursements to any party.

Dated: January 20, 2026                               /s/ Patrick J. Schiltz
                                                                     Patrick J. Schiltz, Chief Judge
                                                                     United States District Court